Martha G. Bronitsky
Chapter 13 Standing Trustee
6140 Stoneridge Mall Rd #250
Pleasanton, CA 94588-4588
(925) 621- 1900

Trustee for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| In Re | Chapter 13 Case Number: |
|---|---|
| Thomas Lee Mason    Bonnie Mae Mason | 13-42077-RLE13 |
| Debtor(s) | |

## MOTION TO DISMISS CHAPTER 13 CASE FOR FAILURE TO MAKE PLAN PAYMENTS

**TO THE DEBTOR(S): YOU ARE BEHIND ON YOUR CHAPTER 13 PAYMENTS AND YOUR CASE WILL BE DISMISSED UNLESS YOUR DEFAULT IS CURED!**

**YOU ARE HEREBY NOTIFIED** that the Chapter 13 Trustee's records show that you have not made all the payments required by your confirmed Chapter 13 Plan.

1. **YOU ARE IN DEFAULT UNDER YOUR CHAPTER 13 PLAN.**

   As of June 10, 2013 you should have paid a total of $1,036.00 to the Chapter 13 Trustee. According to the Trustee's records, you are in default in the amount of $518.00. The default amount includes the current's month payment.  Payments must be current until this Motion is resolved.

2. In order to continue to receive protection of the United States Bankruptcy Court: **YOU MUST** bring the case current by paying in certified funds to the Trustee in the amount of $518.00 within 21 days of the date of this notice.

3. Unless you pay the default amount, as provided in paragraph 2 above, twenty-one (21) days from the date of this notice, **YOUR CASE SHALL BE IMMEDIATELY DISMISSED WITHOUT ANY FURTHER NOTICE OR HEARING**

Dated: June 10, 2013                    /s/ Martha G. Bronitsky
                                        Signature of Martha G. Bronitsky
                                        Chapter 13 Standing Trustee

| In re | Chapter 13 Case No. |
|---|---|
| Thomas Lee Mason<br>Bonnie Mae Mason<br>debtor(s) | 13-42077-RLE13 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Thomas Lee Mason  
Bonnie Mae Mason  
3377 Deer Valley Road #166  
Antioch, CA 94531

(Debtor(s))

Delta Law Group  
Po Box 1417  
Brentwood, CA 94513

(Counsel for Debtor)

Date: June 10, 2013        /s/ Susana Valdivia  
            Susana Valdivia