Martha G. Bronitsky
Chapter 13 Standing Trustee
6140 Stoneridge Mall Rd #250
Pleasanton,CA 94588-4588
(925) 621- 1900
13trustee@oak13.com

Trustee for Debtor(s)

The following constitutes
the order of the court. Signed July 8, 2013

Roger L. Efremsky
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br>Thomas Lee Mason<br>Bonnie Mae Mason<br><br>Debtors(s) | Chapter 13 Case Number:<br>13-42077-RLE13<br><br>In Proceedings Under<br>Chapter 13 of the<br>Bankruptcy Code |

**ORDER OF DISMISSAL**

GOOD CAUSE APPEARING,

  IT IS HEREBY ORDERED that the above entitled Chapter 13 Case case is DISMISSED PRIOR TO CONFIRMATION of the plan.

END OF ORDER

# COURT SERVICE LIST

| | |
|---|---|
| Thomas Lee Mason<br>Bonnie Mae Mason<br>3377 Deer Valley Road #166<br>Antioch, CA  94531<br><br>(Debtors) | Delta Law Group<br>Po Box 1417<br>Brentwood, CA  94513<br><br>(Counsel for Debtor) |
| Ahesi/Citimortgage Inc.<br>Attention: Bankruptcy<br>Po Box 79022 Ms 322<br>St. Louis, MO  63179 | Allied Credit/Alliance One<br>Attn: Bankruptcy<br>Po Box 2449<br>Gig Harbor, WA  98335 |
| Allied Interstate<br>3000 Corp. Exchange Dr., 5Th Fl.<br>Columbus, OH  43231-7723 | Amerifirst Hm Iprvt Fi<br>11171 Mill Valley Rd.<br>Omaha, NE  68154 |
| Bank Of America<br>Po Box 982235<br>El Paso, TX  79998 | Bk Of Amer<br>Po Box 982235<br>El Paso, TX  79998 |
| C B S J<br>1735 N. 1St. Street #250<br>San Jose, CA | Cavalry Portfolio Services Llc<br>500 Summit Lake Dr #400<br>Valhalla, NY  10595-1340 |
| Cavalry Portfolio Services Llc<br>Po Box 27288<br>Tempe, AZ  85285-7288 | Chevron Texaco/ Citicorp<br>Citicorp Credit Svcs/Attn:Centralized Ba<br>Po Box 20507<br>Kansas City, MO  64195 |
| Chrysler Financial/Td Auto Finance<br>Attn: Bankruptcy Dept<br>Po Box 551080<br>Jacksonville, FL  32255 | Coast 2 Coast Financia<br>101 Hodencamp Rd Ste 120<br>Thousand Oaks, CA  91360 |
| Contra Costa County Tax Collector<br>Po Box 967<br>Martinez, CA  94553 | Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE  19850 |
| Enhanced Recovery Corp<br>Attention: Client Services<br>8014 Bayberry Rd<br>Jacksonville, FL  32256 | Financial Network Reco<br>250 E Easy St Ste 1<br>Simi Valley, CA  93065 |
| G M A C<br>P O Box 380901<br>Bloomington, MN  55438 | Gecrb/Chevron<br>Attention: Bankruptcy<br>Po Box 103104<br>Roswell, GA  30076 |
| Gecrb/Jc Penny<br>Attention: Bankruptcy<br>Po Box 103104<br>Roswell, GA  30076 | Gecrb/Mervyn<br>Po Box 965005<br>Orlando, FL  32896 |
| | Gecrb/Mervyns<br>Po Box 965005<br>Orlando, FL  32896 |

| | COURT SERVICE LIST |
|---|---|

1
2  Jefferson Capital Systems                    Jefferson Capital Systems
   Po Box 7999                                  Po Box 953185
3  Saint Cloud, MN  56302-9617                  St Louis, MO  63195-3185

4  Kohls/Capone                                 Lvnv Funding
   Po Box 3115                                  Po Box 740281
5  Milwaukee, WI  53201                         Houston, TX  77274

6  Sacor Financial Inc                          Wells Fargo Bank/ Home Equity Group
   1911 Douglas Blvd #85-205                    1 Home Campus X2303-01A
7  Roseville, CA  95661                         Des Moines, IN  50328-0001

8  Wells Fargo Operations Center
   Po Box 31557 Mac B6955-01B
   Billings, MT  59107

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26